# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAMMIE DARNELL GORDON, II,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:15cv396-LC-CJK**

**ASSISTANT WARDEN, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 4, 2017 (doc. 50). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Sergeant Kent's Motion to Dismiss (doc. 40) is GRANTED and plaintiff's complaint against Sergeant Kent is DISMISSED without prejudice.

**DONE AND ORDERED** this 31st day of August, 2017.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**