**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


JAMMIE DARNELL GORDON, II,

      Plaintiff,

v.                                                                    CASE NO. 3:15cv396-MCR-HTC

COLONEL CARTER, et al.,

      Defendants.

_____/


## O R D E R

This cause comes on consideration of the magistrate judge′s Report and Recommendation dated November 25, 2020.   ECF No. 185.   The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge′s Report and Recommendation, ECF No. 185, is adopted and incorporated by reference in this Order.

2.    Plaintiff's *pro se* Motion for Preliminary and Permanent Injunction,

ECF No. 184, is **DENIED.**


**DONE AND ORDERED** this 19th day of January 2021.



s/  *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv396-MCR-HTC